UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| IN RE ) | |
| ) | |
| HELEN MARIE BURGESS ) | CASE NO. 11-30478-HCD-7 |
| ) | |
| Debtor(s) ) | |
| ) | |

**ORDER GRANTING MOTION FOR RELIEF FROM STAY AND TO ABANDON REAL ESTATE**

At South Bend, Indiana on  April 5, 2011

US Bank, NA (Hereinafter referred to as ("US Bank"), by counsel having filed Motion for Relief from Stay and to Abandon Real Estate on the following described real property:

The South half of Lot Number 23 as shown on the recorded plat of F.P. Cummin's Addition recorded in Plat Book 1, page 100 in the Office of the Recorder of LaPorte County, Indiana.

More commonly known as 1311 Indiana Ave, La Porte, IN 46350-4949, it is further,

ORDERED AND ADJUDGED: That US Bank is granted relief from the automatic stay and the property is abandoned.

/s/ HARRY C. DEES, JR.
HARRY C. DEES, JR., JUDGE
UNITED STATES BANKRUPTCY COURT

Burgess - File No. 057421B02